AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

VANCE DOTSON and DANAE PARKER )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. CIV-22-29-D
)
TRANSWORLD SYSTEMS INC., and WORKS & )
LENTZ, INC., and BULL CITY FINANCIAL )
SOLUTIONS and PHOENIX FINANCIAL SERVICES, )
LLC., and HEALTHCARE REVENUE RECOVERY G )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Healthcare Revenue Recovery Group, LLC., d/b/a
ARS Account Resolution Services
1643 Harrison Pwky Ste 100 Bldg H
Sunrise, FL 33323

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vance Dotson
425 W. Wilshire Blvd Suite E
Oklahoma City, OK 73116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:
1:33 pm, Jan 10, 2022
CARMELITA REEDER SHINN, Clerk

Date: _____01/10/2022_____

By: *[signature]*
Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Oklahoma

| | |
|---|---|
| VANCE DOTSON and DANAE PARKER <br><br> *Plaintiff(s)* <br> v. <br> TRANSWORLD SYSTEMS INC., and WORKS & LENTZ, INC., and BULL CITY FINANCIAL SOLUTIONS and PHOENIX FINANCIAL SERVICES, LLC., and HEALTHCARE REVENUE RECOVERY G <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. CIV-22-29-D |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Phoenix Financial Services, LLC.,
8902 Otis Avenue
Indianapolis, IN 46216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vance Dotson
425 W. Wilshire Blvd Suite E
Oklahoma City, OK 73116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:
1:33 pm, Jan 10, 2022
CARMELITA REEDER SHINN, Clerk

Date: 01/10/2022

By: *[signature]*
Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| VANCE DOTSON and DANAE PARKER<br><br>*Plaintiff(s)*<br>v.<br>TRANSWORLD SYSTEMS INC., and WORKS & LENTZ, INC., and BULL CITY FINANCIAL SOLUTIONS and PHOENIX FINANCIAL SERVICES, LLC., and HEALTHCARE REVENUE RECOVERY G<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. CIV-22-29-D<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bull City Financial Solutions
2609 N Duke St. #500
Durham, NC 27704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vance Dotson
425 W. Wilshire Blvd Suite E
Oklahoma City, OK 73116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____01/10/2022_____

SUMMONS ISSUED:
1:33 pm, Jan 10, 2022
CARMELITA REEDER SHINN, Clerk

By: *Ramon Beasly*
Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

VANCE DOTSON and DANAE PARKER

*Plaintiff(s)*

v.  Civil Action No. CIV-22-29-D

TRANSWORLD SYSTEMS INC., and WORKS & LENTZ, INC., and BULL CITY FINANCIAL SOLUTIONS and PHOENIX FINANCIAL SERVICES, LLC., and HEALTHCARE REVENUE RECOVERY G

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Works & Lentz, Inc.,
3030 Northwest Expy #1300
Oklahoma City, OK 73112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vance Dotson
425 W. Wilshire Blvd Suite E
Oklahoma City, OK 73116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
1:33 pm, Jan 10, 2022
CARMELITA REEDER SHINN, Clerk

Date: 01/10/2022

By: *[signature]*
Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

VANCE DOTSON and DANAE PARKER )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. CIV-22-29-D
)
TRANSWORLD SYSTEMS INC., and WORKS & )
LENTZ, INC., and BULL CITY FINANCIAL )
SOLUTIONS and PHOENIX FINANCIAL SERVICES, )
LLC., and HEALTHCARE REVENUE RECOVERY G )
Defendant(s) )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Transworld Systems Inc.,
    2135 E Primrose St
    Springfield, MO 65804

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vance Dotson
    425 W. Wilshire Blvd Suite E
    Oklahoma City, OK 73116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: _____01/10/2022_____

SUMMONS ISSUED:
1:33 pm, Jan 10, 2022
CARMELITA REEDER SHINN, Clerk

By: *[signature]*
    Deputy Clerk