UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON<br>    Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS INC., and<br>WORKS & LENTZ, INC., and BULL CITY<br>FINANCIAL SOLUTIONS and PHOENIX<br>FINANCIAL SERVICES, LLC., and<br>HEALTHCARE REVENUE RECOVERY<br>GROUP, LLC., d/b/a ARS ACCOUNT<br>RESOLUTION SERVICES.,<br><br>    Defendant. | ) JURY TRIAL DEMANDED<br>)<br>)<br>) Case No. CIV-22-029-D<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
MAR 07 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

## NOTICE OF SETTLEMENT WITH BULL CITY FINANCIAL SOLUTIONS

Plaintiff, Vance Dotson, pursuant to Rule 41(a)(1)(A)(ii), has reached a settlement agreement and need approximately thirty (30) days to fulfill the settlement terms and file dismissal papers pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties consent to a stay of pending deadlines herein. May the Court so enter an Order or direct the Parties to formally move with respect thereto. This action remains open with **Phoenix Financial Services,**

1

LLC., Works and Lentz, Inc., and Healthcare Revenue Recovery Group, LLC., d/b/a ARS Account Resolution Services.

Dated: March 5, 2022

*Vance Dotson*

Vance Dotson
425 W. Wilshire Blvd Suite E
Oklahoma City, OK 73116
405.406.7323 (telephone)
vancedotson@yahoo.com (email)