**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| VANCE DOTSON, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | Case No. 5:22-cv-00029-D |
| | § | |
| TRANSWORLD SYSTEMS, INC., | § | |
| And WORKS & LENTZ, INC., and | § | |
| BULL CITY FINANCIAL | § | |
| SOLUTIONS and HEALTHCARE | § | |
| REVENUE RECOVERY GROUP, | § | |
| LLC., d/b/a ARS ACCOUNT | § | |
| RESOLUTION SERVICES., | § | |
| | § | |
| *Defendants*. | § | |

### <u>DEFENDANT HEALTHCARE REVENUE RECOVERY GROUP, LLC'S DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC OR PARTNERSHIP</u>

Defendant Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services, by and through its undersigned counsel, files this Disclosure Statement Identifying Constituents of LLC or Partnership pursuant to LCvR7.1.1, and would respectfully show as follows:

1.      Plaintiffs have not invoked federal jurisdiction in this case on the basis of diversity of citizenship with an LLC or partnership.  Instead, Plaintiffs have invoked federal jurisdiction in this case on the basis of federal question pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).  [Doc. No. 11, p. 2, ¶ 2].

2.      The full name of this Defendant is Healthcare Revenue Recovery Group, LLC ("HRRG"), who does business in Oklahoma as ARS Account Resolution Services.

1

3.      HCFS Health Care Financial Services, LLC ("HCFS") is the sole member of HRRG.

4.      Neither HRRG nor HCFS is a publicly held corporation.

5.      Neither HRRG nor HCFS is a governmental entity.

Dated: March 10, 2022.                   Respectfully submitted,

*/s/ Kevin T. Crocker*

Kevin T. Crocker, Esq.
Colo. Reg. 55387
Texas Bar No. 05087250
**Attorney For Defendant Healthcare
Revenue Recovery Group, LLC d/b/a ARS
Account Resolution Services**
Genesee Center One
602 Park Point Drive, Ste. 150
Golden, Colorado 80401
(512) 649-2417 [Direct]
(512) 279-0310 [Fax]
E-Mail:  kcrocker@bn-lawyers.com

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of March 2022, a true and correct copy of the above and foregoing "*Defendant Healthcare Revenue Recovery Group, LLC's Disclosure Statement Identifying Constituents of LLC or Partnership*" was served *via the Court's CM/ECF system and/or by e-mail transmission* on: (i) Plaintiff, Vance Dotson, 425 W. Wilshire Blvd., Ste. E, Oklahoma City, Oklahoma 73116, e-mail: vancedotson@yahoo.com; (ii) Defendant Works & Lentz Inc., Ryan A. Ray, Esq. and W. Caleb Jones, Esq., Norman Wohlgemuth, Mid-Continent Tower, 401 S. Boston Ave., Suite 3200, Tulsa, Oklahoma 74103, (918) 586-2527 [Telephone], (918) 585-9447 [Facsimile], e-mails: RRay@NWLawOK.com and Wjones@nwlawok.com, (iii) counsel for Bull City Financial Solutions, Eugene Xerxes Martin, IV, Esq., Malone Frost Martin PLLC, NorthPark Central, Suite 1850, 8750 North Central Expressway, Dallas, Texas 75231, (214) 346-2630 [Telephone], (214) 346-2631 [Facsimile], e-mail: xmartin@mamlaw.com.

*/s/ Kevin T. Crocker*

Kevin T. Crocker, Esq.