**FILED**

**MAR 22 2022**

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON<br>　　　Plaintiff, | ) JURY TRIAL DEMANDED<br>)<br>) |
| v. | ) Case No. CIV-22-029-D<br>) |
| TRANSWORLD SYSTEMS INC., and<br>WORKS & LENTZ, INC., and BULL CITY<br>FINANCIAL SOLUTIONS and PHOENIX<br>FINANCIAL SERVICES, LLC., and<br>HEALTHCARE REVENUE RECOVERY<br>GROUP, LLC., d/b/a ARS ACCOUNT<br>RESOLUTION SERVICES., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| 　　　Defendant. | |

## ANSWER TO COURT ORDER DOC [27]

Plaintiff Vance Dotson has served all Defendants with the Amended Complaint.

Respectfully submitted:

_Vance Dotson_ (signature)

Vance Dotson

425 W. Wilshire Blvd Ste., E

Oklahoma City, OK 73116

405-406-7323

vancedotson@yahoo.com