UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA



| | |
|---|---|
| VANCE DOTSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TRANSWORLD SYSTEMS INC., and WORKS & LENTZ, INC., and BULL CITY FINANCIAL SOLUTIONS and PHOENIX FINANCIAL SERVICES, LLC., and HEALTHCARE REVENUE RECOVERY GROUP, LLC., d/b/a ARS ACCOUNT RESOLUTOINS SERVICES, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 5:22-CV-00029-D

FILED MAR 24 2022
CARMELITA ... CLERK
U.S. DIST. ... OKLA.
BY ___ DEPUTY

## NOTICE OF DISMISSAL

Plaintiff, Vance Dotson, appearing Pro Se, pursuant to Rule 41(a)(1)(A)(i), hereby dismisses with prejudice all claims and causes of action asserted against defendant, Transworld Systems, Inc., in the above numbered and captioned action, with each party to bear its own costs.

Dated: March 23, 2022

*Vance Dotson*
Vance Dotson – Pro Se Plaintiff
425 W. Wilshire Blvd., Suite E
Oklahoma City, OK 73116
Telephone: (405) 406-7323
Email: vancedotson@yahoo.com