## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

VANCE DOTSON,
        Plaintiff,

v.

TRANSWORLD SYSTEMS INC., and
WORK & LENTZ, INC., and BULL CITY
FINANCIAL SOLUTIONS and PHOENIX
FINANCIAL SERVICES, LLC and
HEALTHCARE REVENUE RECOVERY
GROUP d/b/a ARS ACCOUNT
RESOLUTION SERVICES
        Defendant.

) JURY TRIAL DEMANDED
)
)
) Case No.
)   5:22-cv-00029-D
)
)
)
)
)
)
)
)

**FILED**

MAR 2 5 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ _K K_____ .DEPUTY

## NOTICE TO THE COURT

COMES NOW Plaintiffs Vance Dotson, is not receiving any pleadings or responses from Defendant Phoenix Financial Services, LLC., in any form of communication pursuant to Rule 5.

Plaintiff only discovered Document [31] in this action on March 24, 2022 when Plaintiff filed Notice of Dismissal in Dotson v Aargon Agency, Inc., 22-cv-00195-R Doc [7] and decided to review all of the open cases that Plaintiff has which I'm totally unaware of document [31]. Plaintiff is upset that Phoenix Financial Services, LLC., didn't serve the Answer to the Amended Complaint

to Plaintiff because Plaintiff draws issue with the Affirmative Defense that Phoenix Financial Services, LLC., it's simply not a Defense, it's an excuse. If Phoenix Financial Services, LLC., is following the improper instruction of the Consumer Data Industry Association (CDIA is the company who form the reporting mechanism that furnishers, furnisher information to the consumer reporting agencies known as Trans Union, Equifax and Experian. It's the communication between the two) if this is the case Phoenix Financial Service, LLC., should add a party as the rules allow and go from there. Plaintiff is upset that the time is out to Strike the Answer under Rule 12.

## I. REQUEST

WHEREFORE Plaintiff request that an order be giving to Defendant Phoenix Financial Service, LLC., to send Plaintiffs all pleading and responses at least to the email below in this action.

Dated: March 25, 2022                    Respectfully submitted:

Vance Dotson
425 W. Wilshire Blvd Suite E
Oklahoma City, OK 73116
405.406.7323 (telephone)
vancedotson@yahoo.com (email)


## CERTIFICATE OF SERVICE

I hereby certify that on the 25 th day of March, 2022, a true and correct copy of the above and foregoing was deposited in the U.S. Mail, first class, postage pre-paid, addressed to:

Justin King

24 NE 53rd St

Oklahoma City, OK 73105