IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-22-29-D |
| TRANSWORLD SYSTEMS, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File a Surreply to Doc 45 [Doc. No. 47], filed under LCvR7.1(i). Upon consideration, it appears that Plaintiff made this filing in the wrong case. The caption lists defendants and the proposed brief discusses an assignment from "Ms. Buckner" that are involved in a different case. *See Dotson v. Enhanced Recovery Co.*, Case No. CIV-22-02-D, Compl. (Okla. Jan. 3, 2022). Further, his request to file a surreply to "Doc 45" appears to refer to a reply brief filed by CAC Financial Corp. in that case. *See id*. Def. CAC Fin. Corp.'s Reply (filed April 21, 2022). The Court therefore finds that Plaintiff's Motion was filed in error and should be denied.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to File a Surreply [Doc. No. 47] is **DENIED.**

**IT IS SO ORDERED** this 29th day of April, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge