# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>PHOENIX FINANCIAL SERVICES, )<br>LLC, et al. )<br>)<br>Defendants. ) | Case No. 5:22-CV-00029-D |

## DEFENDANT PHOENIX FINANCIAL SERVICES, LLC'S CERTIFICATE OF SERVICE

COMES NOW Defendant PHOENIX FINANCIAL SERVICES, LLC ("PFS"), by and through its undersigned counsel, and hereby certifies that on June 10, 2022, in accordance with the Court's Order of today (Dkt. No. 52), a copy of PFS's Motion for Judgment on the Pleadings (Dkt. No. 48) and its Notice of Supplemental Authority (Dkt. No. 50) were sent to Plaintiff Vance Dotson electronically to "vancedotson@yahoo.com" and via First Class U.S. Mail to Plaintiff's address of record: 425 W. Wilshire Boulevard, Suite E, Oklahoma City, Oklahoma 73116.

Dated: June 10, 2022    Respectfully Submitted,

/s/ Justin T. King
Justin T. King, Esq.
King Law Firm
24 NE 53rd Street
Oklahoma City, OK 73105
Telephone: (405) 239-6143
Facsimile: (405) 236-3934
Email: king@king-lawfirm.com
*Attorney for Defendant*
*Phoenix Financial Services, LLC*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 10, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Western District of Oklahoma and served upon all counsel of record via CM/ECF, and to Plaintiff as set forth hereinabove.

                                           /s/    Justin T. King