UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON<br>      Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 5:22-cv-00029<br>) |
| BULL CITY FINANCIAL SOLUTIONS, et al.,<br>      Defendant. | )<br>)<br>)<br>)<br>) |

**FILED**

JUN 2 3 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

### NOTICE OF DISMISSAL

Plaintiff, Vance Dotson, pursuant to Rule 41(a)(1)(A)(i), hereby dismisses with prejudice all claims and causes of action asserted against defendant, Bull City Financial Solutions, all settlement demands has been met in the above numbered and captioned action, with each party to bear its own costs.

Dated: June 23, 2022

*/s/ Vance Dotson*
Vance Dotson
425 W Wilshire Blvd Ste E
Oklahoma City, OK 73116
Telephone: (405) 406-7323
Email: vancedotson@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 23th day of June, 2022, a true and correct copy of the above and foregoing was deposited in the U.S. Mail, first class, postage pre-paid, addressed to:

Cooper Walker
8750 North Central Expressway
North Park Central, Suite 1850

Dallas, Texas 75231