# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-22-29-D |
| TRANSWORLD SYSTEMS, INC., *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

On June 22, 2022, the Court directed Plaintiff Vance Dotson and Defendant Bull City Financial Solutions to file an appropriate dismissal paper to complete their settlement. In response, Plaintiff has filed a Notice of Dismissal [Doc. No. 57] under Fed. R. Civ. P. 41(a)(1)(A)(i). This paper is ineffectual because the cited provision does not allow a plaintiff to voluntarily dismiss an action by notice after a defendant serves an answer, and Defendant Bull City Financial Solutions filed and served its answer [Doc. No. 17] on February 28, 2022.

**IT IS THEREFORE ORDERED** that Plaintiff's Notice of Dismissal [Doc. No. 57] is **STRICKEN**. The directions in the Order of June 22, 2022 [Doc. No. 56], remain in effect.

**IT IS SO ORDERED** this 23rd day of June, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge